McGREGOR W. SCOTT
United States Attorney
SHEILA K. OBERTO
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

FILED
NOV 0 6 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>RAFAEL TORRES RAMOS,<br>aka RAFAEL RAMOS-TORRES,<br><br>  Defendant. | CASE NO. 1:03CR5073 AWI<br><br>MOTION AND ORDER FOR<br>DISMISSAL OF INDICTMENT |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the indictment, against RAFAEL TORRES RAMOS, aka RAFAEL RAMOS-TORRES, in the interest of justice and without prejudice.

DATED: October 31, 2008

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Sheila K. Oberto
SHEILA K. OBERTO
Assistant U.S. Attorney

1

1  McGREGOR W. SCOTT
   United States Attorney
2  SHEILA K. OBERTO
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,               )   CASE NO. 1:03CR5073 AWI
                                            )
12           Plaintiff,                     )
                                            )
13  v.                                      )   ORDER
                                            )
14                                          )
    RAFAEL TORRES RAMOS,                    )
15  aka RAFAEL RAMOS-TORRES,                )
                                            )
16           Defendant.                     )

17

18       IT IS HEREBY ORDERED, that the Indictment against RAFAEL TORRES RAMOS,

19  aka RAFAEL RAMOS-TORRES, be dismissed in the interest of justice and without prejudice.

20

21  DATED: 11-6-08                    _____
                                      ANTHONY W. ISHII
22                                    U.S. District Court Judge

23

24

25

26

27

28